UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 12-549 |
| ISAIAH ELLIOT | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Andrew J. Bruck, Assistant United States Attorney, appearing), and the Defendant Isaiah Elliot (David Holman, Assistant Federal Public Defender, appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the Defendant being aware that he has the right under 18 U.S.C. § 3161(c)(1) to have the matter presented to a trial jury within seventy (70) days of his arraignment; and the Defendant through his attorney having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the Defendant seek additional time to achieve successful resolution of these negotiations, which would render trial of this matter unnecessary;

1

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 2nd day of October, 2012,

ORDERED that the proceedings in the above-captioned matter are continued from October 1, 2012 through November 30, 2012; and

IT IS FURTHER ORDERED that the period from October 1, 2012 through November 3, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order For Discovery and Inspection dated September 25, 2012 is hereby amended so that

- All pretrial motions to be filed by November 5, 2012;
- The Government's opposition to defendant's motions to be filed by November 15, 2012;

2

- Argument on the motions to be heard on November 20, 2012;
- Trial to commence: November 26, 2012.

                                                          _____
                                                          HONORABLE KATHARINE S. HAYDEN
                                                          United States District Judge

Consented and Agreed to by:

_____
David Holman
Counsel for Defendant Isaiah Elliot

_____
Andrew J. Bruck
Assistant United States Attorney