UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                  12 CR 549 (KSH )

Isaiah Elliot                           ORDER OF REFERRAL
    Defendant(s),

        The defendant, Isaiah Elliot, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge L. Cathy Waldor to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

_____
United States District Judge

Dated: April 29, 2013

CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)